IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANJEEV SHARMA, | : | |
|     Plaintiff | : | No. 1:25-cv-00088 |
| | : | |
|     v. | : | (Judge Kane) |
| | : | |
| NORFOLK SOUTHERN RAILWAY COMPANY, NORFOLK SOUTHERN CORPORATION, and JOHN DOE CONDUCTORS, #1–10, | : | |
|     Defendants | : | |

# ORDER

**AND NOW**, on this 16th day of July 2025, upon consideration of Defendants Norfolk Southern Railway Company ("NSRC") and Norfolk Southern Corporation ("NSC") ("Defendants")'[1] Motion to Dismiss Plaintiff Sanjeev Sharma ("Plaintiff")'s claim for punitive damages (Doc. No. 5), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' Motion to Dismiss Plaintiff's claim for punitive damages (Doc. No. 5) is **DENIED**; and

2. A case management conference will be conducted by the Court on **September 10, 2025 at 10 a.m.**  Further scheduling Order to issue.  The telephone number of the Court for purposes of this call is 717-221-3990.  Plaintiff's counsel shall initiate the telephone call.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania

---

[1] The other Defendants are fictitious Defendants "John Doe Conductors #1–10."